USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLTON NC NY LLC,

                Plaintiff,

-against-

MH I INVESTMENT LLC, and
FRANK T. SINITO, and
MALISSE SINITO,

                Defendants.

24 Civ. 5526 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of the parties' letters dated September 25 and October 2, 2024. ECF Nos. 28–29. By **October 18, 2024**, Plaintiff shall file its letter motion for bifurcation and for expedited hearing; by **October 28, 2024**, Defendants shall file their opposition papers; and by **November 1, 2024**, Plaintiff shall file its reply, if any.

    SO ORDERED.

Dated: October 3, 2024
       New York, New York

                                        ANALISA TORRES
                                United States District Judge