USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/24/2024__

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

| | | |
|---|---|---|
| WILLTON NC NY, LLC, | ) | CASE NO. 1:24-cv-05526-AT |
| Plaintiff, | ) | Judge Analisa Torres |
| | ) | Magistrate Judge Jennifer Willis |
| vs. | ) | |
| MH I INVESTMENT LLC, et al., | ) | NOTICE WITHDRAWING MOTION TO BIFURCATE AND FOR EXPEDITED HEARING ON DECLARATORY JUDGMENT CLAIMS AND ITS MEMORANDUM OF LAW IN SUPPORT |
| Defendants. | ) | |

PLEASE TAKE NOTICE that Plaintiff hereby withdraws its incorrectly filed Motion to Bifurcate and for Expedited Hearing on Declaratory Judgment Claims and its Memorandum of Law in Support (Docket #31 and 32). Plaintiff has electronically filed its corrected versions of these filings as Docket #33 and 34.

Dated: October 17, 2024

Respectfully submitted,

UB GREENSFELDER LLP

/s/ David A. Landman
David A. Landman
1700 Broadway
Suite 1802
New York, NY 10019-7710
Tel: (917) 262-0470

*Attorney for Plaintiff Willton NC NY, LLC*

The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 31 and 35.

SO ORDERED.

Dated: October 24, 2024
       New York, New York

ANALISA TORRES
United States District Judge