UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLTON NC NY LLC, | |
| | Plaintiff, |
| -against- | |
| MH I INVESTMENT LLC, and FRANK T. SINITO, and MALISSE SINITO, | |
| | Defendants. |

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/29/2024_
```

24 Civ. 5526 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By order dated July 29, 2024, the Court ordered the parties to submit a proposed case management plan and joint letter laying out (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s), (2) any contemplated motions, and (3) the prospect for settlement. ECF No. 7. Although these submissions were initially due on September 20, 2024, *see id.*, the Court extended the deadline to October 28, 2024, ECF No. 27.

On October 28, the parties filed their proposed case management plan but did not submit an accompanying letter. Accordingly, by **November 8, 2024**, the parties shall submit the joint letter described in ECF No. 7. In that letter, the parties shall explain what "unique complexities" or "exceptional circumstances" justify a fact discovery period longer than 120 days. *See* Draft Civil Case Management and Scheduling Order ¶ 5. If no such circumstances exist, the parties shall submit a revised case management plan with a revised fact discovery deadline along with their joint letter.

SO ORDERED.

Dated: October 29, 2024
New York, New York

ANALISA TORRES
United States District Judge