**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
WILLTON NC NY, LLC,

                Plaintiff,

           -against-

MH I INVESTMENT LLC,
FRANK T. SINITO, and
MALISSE SINITO,

                Defendants.
-----------------------------------------------------------------

**ORDER**

**24-CV-5526 (AT) (JW)**

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

      A settlement conference was held in this matter on March 25, 2025. No settlement was reached, but the parties continue to seek a resolution. The parties are directed to meet and confer and provide a joint letter to the Court with a status update on negotiations and proposed next steps, including whether the parties seek a follow up settlement conference, by **April 16, 2025**. Otherwise, discovery is still ongoing.

      SO ORDERED.

DATED:   New York, New York
               March 26, 2025

                                                             *Jennifer E. Willis*
                                                            JENNIFER E. WILLIS
                                                            United States Magistrate Judge