UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
WILLTON NC NY, LLC,

                                    Plaintiff,                              **ORDER**
                                                                             24-CV-5526 (AT) (JW)

                     -against-

MH I INVESTMENT LLC,
FRANK T. SINITO, and MALISSE SINITO,
                                  Defendants.
-----------------------------------------------------------------

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

      This action is scheduled for a Case Management Conference on **October 29, 2025 at 10:30 AM** in Courtroom 228 of 40 Foley Square, New York, NY 10007.

      Parties are directed to complete the Proposed Case Management Plan and Report of Rule 26(f) Meeting, at https://nysd.uscourts.gov/hon-jennifer-e-willis, and file it on ECF one week before the scheduled conference.

      The parties are also to provide a joint letter, no later than October 22, 2025, as to their positions regarding the status of discovery and its effect on Plaintiff's current request for leave to file a summary judgment motion on "Counts 4, 5, 6 (partial), and 7 of the Second Amended Complaint." Dkt. No. 109. The parties are to be prepared to discuss this issue at the October 29, 2025 conference.

      SO ORDERED.

DATED:    New York, New York
                September 9, 2025

                                                                JENNIFER E. WILLIS
                                                               United States Magistrate Judge

1