UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
WILLTON NC NY, LLC,

                              Plaintiff,                        **ORDER**

                -against-                        **24-CV-5526 (AT) (JW)**

MH I INVESTMENT LLC et al.,

                              Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

A case management conference was held on October 29, 2025 to set new discovery deadlines and address discovery disputes. For reasons more fully stated on the record, the Court orders the following:

1. Fact Discovery will close in August or September 2026. The Parties are to file a new proposed case management plan with new fact discovery deadlines by **November 5, 2025**. If there is agreement on deadlines for expert discovery, the Parties are to include those deadlines. If there are disputes, the Court will revisit expert discovery deadlines in the future.

2. The Court will require periodic check ins by joint letter on the progress of discovery. The Parties are also to file a joint letter by **November 7, 2025**, indicating whether the joint letters will be filed every 4 weeks or every 6 weeks.

3. The Court **denies** Defendants' request for discovery on count 6 (paragraphs 121(a)-(d)) and 7 as premature at this point, but it may be revisited by Defendants if fact discovery on those counts become ripe.

4. There was discussion about future potentials motions for Summary Judgement and Dismissal at the conference. Those motions are not before this Court. As such, Judge Torres will address those motions.

SO ORDERED.

DATED:    New York, New York
          October 29, 2025

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge