**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
WILLTON NC NY, LLC,

                      Plaintiff,                          **ORDER**

        -against-                        **24-CV-5526 (AT) (JW)**

MH I INVESTMENT LLC et al.,

                    Defendant.
------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court is in receipt of Plaintiff's request for a discovery conference and Defendants' response. Dkt. Nos. 142, 149. The Court will hold an in-person discovery conference on **April 29, 2026 at 10:30 AM** in courtroom 228 located at 40 Foley Square. The Parties are to file a joint letter by **April 22, 2026** that details each of the discovery issues and each Party's position.

      SO ORDERED.

DATED:    New York, New York
           March 30, 2026

                                           _____
                                           JENNIFER E. WILLIS
                                         United States Magistrate Judge