**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
WILLTON NC NY, LLC,

                         Plaintiff,                            **ORDER**

        -against-                          **24-CV-5526 (AT) (JW)**

MH I INVESTMENT LLC et al.,

                        Defendant.
-----------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

A discovery conference was held on April 29, 2026 to address discovery disputes.  For reasons more fully stated on the record, the Court orders the following:

1. The temporal scope for discovery is **October 1, 2022** to **December 31, 2024**. The Court may permit limited, narrowly tailored discovery outside the timeframe at a future date.

2. The boilerplate objections issue raised by Plaintiff are not ripe and the Court need not address them at this time.

3. The Parties agreed that Defendants will produce the identity of accounts via document production.

4. Plaintiff's motion to compel the production of all prior lawsuits and administrative proceedings involving Defendants is **DENIED**.  Defendant is to produce the identity of prior lawsuits and administrative proceedings of similar causes of action in which Defendants are a parties for the five years prior to **January 1, 2023**.

5. The Parties are to meet and confer about the maintenance, management, funds tracking, and regulatory communications discovery requests by **May 13, 2026**. Plaintiff is to first suggest language that is narrowly tailored to request only relevant information.

6. The Court need not rule on the request for insurance documents and correspondence because Defendants agreed to produce them.

7. Plaintiff's motion to compel the tax returns and financial documents related to Defendants Angelica Sinito and James Wells is **DENIED**.

8. Defendants are to make a substantial discovery production to Plaintiff by **June 10, 2026**.

9. The Parties are to provide a status update to the Court by **June 17, 2026**. In the status update, Defendant is to inform the Court as to what discovery has been produced, what discovery is outstanding, and anticipated dates for providing the outstanding discovery.

10. The Parties are to order the transcript of the discovery conference and provide a copy to the Court.

SO ORDERED.

DATED:    New York, New York
          April 30, 2026

_____
JENNIFER E. WILLIS
United States Magistrate Judge

2